STATE OF NEW JERSEY v. DANIEL BYNUM.

June 19, 1984.

Petition for certification denied.

PASSAIC VALLEY SEWERAGE COMMISSION v. NEW JERSEY
DEPARTMENT OF COMMUNITY AFFAIRS.

June 19, 1984.

Petition for certification denied.

ELAINE JACOVINI v. PHILLIP TURNER DISPLAYS, INC.

June 19, 1984.

Petition for certification denied.

VOJTECH DANO v. MARIA SZOMBATHY.

June 19, 1984.

Petition for certification denied.